# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00030-CR

---

Steve O'Neal Green,
Appellant

v.

The State of Texas,
Appellee

---

On appeal from the
272nd District Court of Brazos County, Texas
Judge John L. Brick, presiding
Trial Court Cause No. 23-04189-CRF-272

---

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Steve Green, filed an appeal appearing to complain of the denial of his right to a speedy trial. We informed Green that it did not appear that there was an appealable order and gave him 14 days to respond to show that this Court has jurisdiction over his complaints. Green did not respond, and we find nothing in his notice of appeal that gives us jurisdiction over this proceeding.

Green has not yet been convicted in his case; thus, this appeal is interlocutory. *See* TEX. R. APP. P. 26.2(a) (notice of appeal due within specified time period after sentence is imposed or suspended in open court or after trial court enters appealable order).

A court has jurisdiction over criminal appeals only when expressly granted by law. *See Abbott v. State*, 271 S.W.3d 694, 696-97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law). We have no jurisdiction of an interlocutory appeal of the denial of a motion for speedy trial. *See Ex parte Delbert*, 582 S.W.2d 145, 146 (Tex. Crim. App. [Panel Op.] 1979) (*citing Ordunez v. Bean*, 579 S.W.2d 911 (Tex. Crim. App. 1979)); *see United States v. MacDonald*, 435 U.S. 850, 862, 98 S. Ct. 1547, 56 L. Ed. 2d 18 (1978) ("Allowing an exception to the rule against pretrial appeals in criminal cases for speedy trial claims would threaten precisely the values manifested in the Speedy Trial Clause.").

Therefore, we have no jurisdiction of this appeal and it is dismissed.

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED:  February 27, 2025

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Dismissed
Do not publish
OT06

